MOTION GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NAJMAH TORRES-JUSTINIANO; and TAMIKA PARKER as Next Friend of R.T., a minor child, as Wrongful Death Representatives of Jose Torres.<br><br>PLAINTIFFS,<br><br>v.<br><br>CORECIVIC d/b/a "TROUSDALE TURNER CORRECTIONAL FACILITY," TROUSDALE COUNTY, TENNESSEE; a Tennessee municipality; WARDEN MARTEN FRINK, in his individual capacity; LYBRUNCA COCKRELL, in her individual capacity; TALBERT JEFFERSON, in his individual capacity; and JACQUELINE NORMAN, in her individual capacity,<br><br>DEFENDANTS. | Case No. 3:23-cv-00191<br>District Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br><br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER [ECF NO. 45]**

**COME NOW,** Plaintiffs Najmah Torres-Justiniano and Tamika Parker, as Next Friend of R.T. a Minor Child, as Wrongful Representatives of Jose Torres ("Plaintiffs") and Defendants CoreCivic, Inc., Trousdale County, Tennessee, Lybrunca Cockrell, Martin Frink, Talbert Jefferson, and Jacqueline Norman (collectively the "Parties"), by and through counsel of record and pursuant to Federal Rule of Civil Procedure 16(b)(4), and hereby file this *Joint Motion to Modify Case Management Order [ECF No. 45]*, and in support thereof state as follows:

1. On June 3, 2024, the Parties participated in a Case Management Conference by telephone with Magistrate Judge Jeffery S. Frensley, during which the Parties orally sought a 120-day extension for all remaining deadlines.

2. At that hearing, Plaintiff's counsel, Mr. Craig A. Edgington, informed the Court

that Plaintiff's lead counsel, Mr. Brice Timmons, was involved in a March 2024 auto accident where he suffered internal injuries and ultimately took a short medical leave of absence. The requested extension was based in part on Mr. Timmons's absence and the fact that his workload shifted entirely onto Mr. Edgington and Ms. Melissa J. Stewart through the middle of June 2024.

3. Magistrate Judge Frensley was receptive to modifying the case management deadlines to some extent, but with the current trial date set for September 23, 2025, indicated that the Court likely would be hesitant to continue the trial date at this stage, and he directed the Parties to consult further and file an appropriate motion.

4. Accordingly, the Parties consulted and now jointly seek an extension on all remaining case management deadlines, but do not seek a new trial date.

5. As a result, the Parties jointly request that the Court modify the deadlines in the Case Management Order as follows:

- **DISCOVERY MOTIONS – Monday, August 26, 2024**
- **COMPLETION OF DISCOVERY – Monday, September 9, 2024**
- **CASE RESOLUTION PLAN AND JOINT STATUS REPORTS – Monday, September 23, 2024**
- **DISCLOSURE AND DEPOSITIONS OF EXPERTS:**
  - **PLAINTIFF – Friday, November 8, 2024**
  - **DEFENDANTS – Friday, January 24, 2025**
- **COMPLETION OF EXPERT DEPOSITIONS – Monday, March 24, 2025**
- **DISPOSITIVE MOTIONS – Monday, April 21, 2025**

6. No party will be prejudiced by the relief sought. As required by Local Rule 16.01(h)(1), the deadlines for dispositive motions, including response and reply briefs, remain more than 90 days in advance of the trial date.

**CONCLUSION**

For the foregoing reasons, the Parties respectfully request that this Court modify the Case Management Order (ECF No. 45), by extending the remaining case management deadlines as set forth above.

Respectfully submitted,

/s/ *Melissa J. Stewart*
Melissa J. Stewart (#40638)
Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
craig@donatilaw.com
brice@donatilaw.com
melissa@donatilaw.com

*Counsel for Plaintiff*

/s/ *Terrence M. McKelvey*
Terrence M. McKelvey (#36531)
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799
terrence.mckelvey@klgates.com
joe.welborn@klgates.com
erin.polly@klgates.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's ECF system on the 7th day of June, 2024.

Terrence M. McKelvey (#36531)
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799
terrence.mckelvey@klgates.com
joe.welborn@klgates.com
erin.polly@klgates.com

*Counsel for Defendants*

/s/ Melissa J. Stewart