IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMIKA PARKER as Next Friend of R.T., a Minor Child, as Wrongful Death Representative of Jose Torres,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., TROUSDALE COUNTY, TENNESSEE, LYBRUNCA COCKRELL, MARTIN FRINK, TALBERT JEFFERSON, and JACQUELINE NORMAN,<br><br>    Defendants. | Civil Action No. 3:23-cv-191<br>Judge Richardson/Frensley |

## ORDER DENYING RECONSIDERATION

Before the Court is Plaintiff Tamika Parker's "Notice of Responding to Defendants' Motions to Quash," (Docket No. 73), asking the Court to reconsider its decision granting Third Party Attorney General Jason Lawson's (Lawson) and Third Party Tennessee Department of Correction's (TDOC) motions to quash (Docket No. 72). Plaintiff argues that the Court "erroneously indicated that she did not respond" to the motions. Docket No. 73 at 1.

The Court notes that it fully considered Plaintiff's three arguments raised in her response (Docket No. 60) to the third-party motions. Plaintiff first argued that Lawson and TDOC lacked standing to bring their motions. Docket No. 60 at 2–3. The Court thoroughly addressed this contention. Docket No. 72 at 3–7. Plaintiff next asserted that because documents responsive to the subpoena had already been produced, the motions to quash should be found moot. Docket No. 60 at 3. The Court likewise grappled with this argument. Docket No. 72 at 7–8. Finally, Plaintiff argued that she agreed to abide by the terms of a protective order that protected some of the

documents sought by her subpoena. Docket No. 60 at 3–4. The Court considered the effect of that protective order and nevertheless concluded that Lawson's and TDOC's arguments to quash the subpoena were more persuasive. Docket No. 72 at 8–11. For these reasons, the Court declines to reconsider its decision granting the motions to quash.

    **IT IS SO ORDERED.**

                                      **JEFFERY S. FRENSLEY**
                                      **United States Magistrate Judge**