> The Motion (Doc. No. 76) is denied because it fails in multiple respects to complying with Local Rule 72.01. Plaintiff may file a motion that complies with this local rule, by January 20, 2025.
> IT IS SO ORDERED. *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| TAMIKA PARKER as Next Friend of R.T., a minor child, as Wrongful Death Representatives of Jose Torres. <br><br> PLAINTIFFS, <br><br> v. <br><br> CORECIVIC d/b/a "TROUSDALE TURNER CORRECTIONAL FACILITY,"; TROUSDALE COUNTY, TENNESSEE; a Tennessee municipality; WARDEN MARTEN FRINK, in his individual capacity; LYBRUNCA COCKRELL, in her individual capacity; TALBERT JEFFERSON, in his individual capacity; and JAQUELINE NORMAN, in her individual capacity, <br><br> DEFENDANTS. | **Case No. 3:23-cv-00191** <br><br><br> **COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, AND TENNESSEE COMMON LAW** <br><br> **JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

### PLAINTIFF'S MOTION FOR APPEAL OF AND OBJECTION TO MAGISTRATE JUDGE'S DECISION ON GRANTING DEFENDANTS' MOTION TO QUASH SUBPOENAS

**COMES NOW** the Plaintiff, Tamika Parker, as next friend, R.T., a minor child, as Wrongful Death Representatives of Jose Torres, (hereinafter "Plaintiff") by and through her undersigned counsel, hereby files her *Objection to Magistrate Judge's Decision on Granting Defendants' Motion to Quash Subpoenas,* and in support thereof states as follows:

1. On March 9, 2023, Plaintiff filed her First Amended Complaint.