**FILED UNDER DISPUTED SEAL**

**Restrictive Housing Unit Post Order-30 ("PO-30") (Exhibit A.)**