# INCIDENT INVESTIGATION REPORT

| Facility | Trousdale Turner Correctional | Incident Number | 2022-0119-211-I |
|---|---|---|---|

| Date of Investigation | 03/14/2022 | Investigator Name | Kelly Hunt |
|---|---|---|---|

**1. Were all witnesses and particpants interviewed?** No (If No, Explain below)

Interviews were conducted with Gustavo Reyes #420440, Cedris Webb #522574, Ramone Jordan #500819, Joseph Gurley #49181, Travis Brumbalough #397121, Capt. Lybrunca Cockrell, LPN Ashley Howard, and Officer Talbert Jefferson.

**2. What documents were examined (e.g. logbooks, report, rosters, work schedules, etc.)?**

Logbooks, 5-1C statements, and medical records.

**3. Were any of the inmates/residents (witnesses or participants) involved suspected or validated gang members?** Yes

| Inmate/Resident Name | ID Number | STG Affiliation |
|---|---|---|
| JOSE TORRES | 00537880 | latk |

**4. Is there any indication that the incident was STG related?** No (If Yes, Explain below)

**5. Is there any indication that the incident involved terrorist threat/activity?** No (If Yes, Explain below)

**6. Any indications of policy, procedure, or practice violations?** Yes (If Yes, Explain below)

Logbook entries indicated falsified security checks were conducted by Officer Talbert Jefferson.

**7. Investigative Conclusions:**

On March 13, 2022, at approximately 11:41 p.m., Captain Lybrunca Cockrell and Officer Talbert Jefferson were conducting the 10:30 p.m. count in Alpha/Alpha pod. At approximately 11:44 p.m., Captain Cockrell approached cell A/A 214 (assigned cell of inmates Jose Torres #537880 and Gustavo Reyes #420440). Upon looking in the cell door window, Captain Cockrell observed inmate Reyes sitting on the bottom bunk, and inmate Torres was on the floor with his back against the cell door. Captain Cockrell observed blood on inmate Torres and blood coming out from underneath the cell door. Captain Cockrell called a medical emergency in A/A 214.

On March 13, 2022, at approximately 11:46 p.m., medical and additional security personnel arrived on scene. At approximately 11:46 p.m., inmate Reyes was escorted out of the cell by Officer Jefferson. LPN Tina Williams checked inmate Torres for a pulse, with no pulse found. LPN Williams began chest compressions until inmate Torres was placed on the back board. At approximately 11:51 p.m., inmate Torres was removed from the cell and carried down the steps. Once inmate Torres was placed on the stretcher, LPN Ashley Howard continued CPR as they were in transit to the infirmary. AED pads were placed on inmate Torres and oxygen was given. The AED did not advise a shock, and CPR continued until EMS was on scene and took over medical care. Inmate Torres

was transferred to the Trousdale Medical Center.

On March 14, 2022, at approximately 12:12 a.m., Associate Warden Jaqueline Norman notified Investigator Kelly Hunt. Investigator Hunt notified OIC Special Agent Anthony Veillon at approximately 12:30 a.m.

On March 14, 2022, at 12:45 a.m., inmate Torres was pronounced deceased by Dr. Josh Vantrease.

On March 14, 2022, at approximately 2:10 a.m., Investigator Hunt arrived at the TTCC.

On March 14, 2022, at approximately 2:23 a.m., Special Agent in Charge (SAC) Jeff Goodwin responded to the Trousdale Medical Center. SAC Goodwin viewed/photographed the body of inmate Torres. SAC Goodwin noted swelling to both eyes and bruising to the face/forehead area. Dr. Vantrease stated a laceration was located on the back of the head, with no other visible injuries noted.

Milestone surveillance footage was reviewed. Footage showed at approximately 8:50 p.m., Officer Jefferson and Officer Joshua Gaither entered A/A pod to conduct the 8:30 p.m. count. At approximately 8:55 p.m., Officer Jefferson approached cell A/A 214. Officer Jefferson appeared to look into the cell window, utilizing a flashlight. At approximately 9:00 p.m., Officer Gaither approached cell A/A 214. Officer Gaither appeared to look into the cell window, utilizing a flashlight. From 9:00 p.m., until 11:41 p.m., no other staff members entered the pod. At approximately 11:41 p.m., Captain Cockrell and Officer Jefferson entered A/A pod to conduct the 10:30 p.m. count. At approximately 11:44 p.m., Captain Cockrell stopped at cell A/A 214, and looked inside the cell door window. At approximately 11:46 p.m., security and medical personnel arrived at cell A/A 214. At approximately 11:46 p.m., inmate Reyes was escorted out of the cell by Officer Jefferson. At approximately 11:51 p.m., inmate Torres was placed on a backboard and escorted down the stairwell. Inmate Torres appeared to have blood covering his white shirt, and appeared to have a sheet covered in blood near his face/neck area. Inmate Torres was placed on the stretcher and LPN Howard climbed on the stretcher, over inmate Torres and administered chest compressions. Inmate Torres was escorted off of the unit at approximately 11:53 p.m.

On March 14, 2022, SAC Goodwin and Investigator Hunt viewed and photographed inmate Reyes. No visible injuries were noted. Note: Inmate Reyes is an LOC 2.

On March 14, 2022, SAC Goodwin and Investigator Hunt viewed and photographed cell A/A 214. Blood was noted on the cell floor and wall (near the cell door). Socks were noted on the floor by the cell door, with broken pieces of a soap bar scattered in the blood. All evidence was collected for further processing.

On March 14, 2022, SAC Goodwin and Investigator Hunt interviewed inmates Cedris Webb #522574 (assigned to cell Alpha/Alpha 215). Inmate Webb stated at approximately 10:30 p.m., he heard "scuffling, like they were fighting." Inmate Webb stated he heard inmate Torres say "stop" and then it got quiet. Inmate Webb stated the scuffling lasted approximately 30 seconds. Inmate Webb stated him and his cellmate (Ramone Jordan #500819) started kicking on the cell door and pressed the call button to alert staff, but no one responded.

On March 14, 2022, SAC Goodwin and Investigator Hunt interviewed inmate Ramone Jordan #500819 (assigned to cell Alpha/Alpha 215). Inmate Jordan stated he "heard a little scuffle." Inmate Jordan stated during the scuffle, he heard inmate Torres say "stop, stop, stop." Inmate Jordan stated after that, everything got quiet. Inmate Jordan stated after about 5 minutes, he heard water running in the cell. Inmate Jordan stated the water was running and the toilet kept flushing for approximately 30 minutes. Inmate Jordan stated prior to this incident, inmate Reyes was known to "always holler," stating inmate Reyes was "crazy."

On March 14, 2022, Special Agent Anthony Veillon arrived at the TTCC. SAC Goodwin and S/A Veillon interviewed inmate Reyes. Inmate Reyes stated inmate Torres had "spiders" coming out of his eye sockets, and that the chairs were up in the air, spinning like "poltergeist."

On March 14, 2022, SAC Goodwin, S/A Veillon, and Investigator Hunt interviewed inmate Joseph Gurley #491813 (assigned to cell Alpha/Alpha 213). Inmate Gurley stated at approximately 9 p.m., he heard "fighting, rumbling around," for approximately 1 minute. Inmate Gurley stated he heard inmate Torres say "stop." Inmate Gurley stated inmate Reyes is "crazy," stating he is "always screaming."

On March 14, 2022, SAC Goodwin, S/A Veillon, and Investigator Hunt interviewed inmate Josh Black #555105 (assigned to cell Alpha/Alpha 213). Inmate Black stated at approximately 8:15 p.m., he heard "fighting, scuffling" in the cell. Inmate Black stated after that, it was quiet until about 45 minutes later when he heard inmate Reyes say something at the cell door. Inmate Black stated he did not know what was said.

On March 21, 2022, Investigator Kelly Hunt conducted an interview with inmate Travis Brumbalough #397121

(A/A 216). Inmate Brumbalough was interviewed regarding the incident involving inmates Jose Torres #537880 and Gustavo Reyes #420440 that occurred on March 13, 2022. Inmate Brumbalough stated he did not see or hear much, stating he just heard a "commotion" in the cell. Inmate Brumbalough stated "it sounded like people was fighting" and then the door was "kicked" a couple of times and then it "just stopped." Inmate Brumbalough described the kicking as a "light" kicking, stating to him, it sounded like the "life going out of him." Inmate Brumbalough stated he heard noises coming from the cell for "about five or ten minutes." Inmate Brumbalough stated he would estimate the timeframe this occurred as being between 2330-2400 hours. Inmate Brumbalough stated he knew inmate Torres because they were both at the RMSI together. Inmate Brumbalough stated he had introduced inmate Torres to his Aunt (Donna Valtierra) and his aunt and Torres were engaged. Inmate Brumbalough stated inmate Torres started isolating to his cell, never going out to chow while they were assigned to Delta Unit. Inmate Brumbalough stated inmate Torres never went into detail, but would frequently mention "the Mexicans." Inmate Brumbalough stated in his opinion, he felt inmate Torres was running from the Mexicans and that it "had finally caught up to him." Inmate Brumbalough stated he believed inmate Torres owed a lot of money and that inmate Reyes got "word." Inmate Brumbalough stated this was "just his theory" and he had no proof or names behind his theory.

This is an ongoing OIC investigation that will be updated accordingly.

| Prepared by: | Kelly Hunt | Title: | Investigator |
|---|---|---|---|
| Date: | 04/04/2022 | | |

**Electronically Signed By:**

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Kelly A Hunt | INVESTIGATOR | 04/04/2022 11:45 |