Name: **Amos** Date: **03/12/22** Shift: **2nd**

Post: **A A** Radio #: **37** Cuff #: **___** / #: **___**

Key Ring #: **11** Total # Keys: **9** Total # Inmates: **119**

| Time | Entry | Init |
|------|-------|------|
| 2030 | c/o Amos resumed duty | AA |
| 2045 | Unit count in affect | AA |
| 2059 | AA count cleared @ 119 inmates | AA |
| 2130 | Security check | AA |
| 2200 | Security check | AA |
| 2230 | Unit count in affect | AA |
| 2301 | AA count cleared @ 119 inmates | AA |
| 2329 | Count in affect | AA |
| 2358 | Unit count cleared | AA |
| 0001 | Security check | AA |
| 0030 | Security check | AA |
| 0100 | Security check | AA |
| 0130 | Security check | AA |
| 0200 | Security check | AA |
| 0400 | (Time change) Security change | AA |
| 0422 | Security ~~change~~ check | AA |
| 0450 | Security check | AA |
| 0420 | Security check | AA |
| 0449 | Security check | AA |
| 0515 | Unit count in affect | AA |
| 0516 | Feeding Pods | AA |
| 0638 | Unit count cleared | AA |
| 0701 | Security checks | AA |
| 0730 | Security check | AA |
| 3/13/22 0858 | AW Navarra conducted round Area Rounds | |

Name: **Navarette** Date: **3/13/22** Shift: **1st**

Post: **AA** Radio #: **113** Cuff #: **Ø** / #: **Ø**

Key Ring #: **AA** Total # Keys: **9** Total # Inmates: **___**

0700 S/O N~~ott~~ took post in AA at this time all appears safe and sec_____

(right-margin time column)
0730 a
0800 a
0830 a
0900 a
0930 c
___ m
1000 al
1030 a
1035 tr
1100 al
1125 c
1130 a
1200 a
1230 al
1300 al
1330 al
1400 a
1430 c
1500 a
1530 tr
1545 t
1558
1600 a
1630 a
1700 a
1730 a
1800 al
1830 a
1830 c
1915
2000
2045

CONFIDENTIAL -- ATTORNEY'S EYES ONLY
Case 3:23-cv-00191 Document 92-5 Filed 05/12/25 Page 1 of 3 PageID #: 662
CORECIVIC 000657

| | Time | Entry |
|---|---|---|
| | 0730 | at this time all appears sf and sec |
| | 0800 | at this time all appears sf and sec |
| AA | 0830 | at this time all appears sf and sec |
| AA | 0900 | at this time all appears sf and se |
| AA | 0930 | count time / at this time all appears sf and seem hadd to cnt AA |
| AA | 1000 | all appears sf and seem / count AA unit |
| AA | 1030 | at this time all appears sf ad s |
| AA | 1035 | trays came in to A unit going to stt fdn |
| AA | 1100 | all appears sf and sec / feeding complt |
| AA | 1125 | count cleard |
| AA | 1130 | all appears sf and s |
| AA | 1200 | all appears sf and sec |
| AA | 1230 | all appears sf and sec |
| AA | 1300 | all appears sf and sec |
| AA | 1330 | all appears sf and sec |
| AA | 1400 | all appears sf and sec |
| AA | 1430 | count time |
| AA | 1500 | all appears sf and s |
| AA | 1530 | trays cam in |
| AA | 1545 | feding complt all appers sf ad s |
| AA | 1558 | count clrd |
| AA | 1600 | all appers sf and s |
| AA | 1630 | all appers sf and s |
| AA | 1700 | all appers sf and s |
| AA | 1730 | all appear sf and sec |
| | 1800 | all appers sf and s |
| | 1830 | all appers sf ad sec |
| Ø | 1830 | to Jefferson @ on post |
| | 1915 | Sec check |
| | 2000 | Sec check |
| | 2045 | Count Time |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY
Case 3:23-cv-00191   Document 92-5   Filed 05/12/25   Page 2 of 3 PageID #: 663
CORECIVIC 000653

| Time | Entry | | Time | |
|---|---|---|---|---|
| 2100 | Sec check | | 1100 | S. |
| 2130 | Sec check | | 1200 | S |
| 2230 | Count Time | | 1300 | |
| 1016 | 03·14·22 S/S LONG ON POST. UNANNOUCED | | 1400 | S |
| | P.R.E.A. of SECURITY CHECK COMPLETED | | 1430 | |

Name: C/O B. Brown   Date: 3/15/22   Shift: 3rd
Post: Alpha Alpha   Radio # 115   Cuff # 44   1 #: ___
Key Ring # 12   Total # Keys 7   Total # Inmates ___

| | | | | |
|---|---|---|---|---|
| | | | 1500 | |
| | | | 1600 | |
| | | | 1652 | |
| 1845 | C/O B. Brown making visual checks. — BB | | | |
| 1915 | C/O B. Brown making visual checks. — BB | | | |
| 1945 | C/O B. Brown making visual checks. — BB | | | |
| 2015 | C/O B. Brown making visual checks. — BB | | | |
| 2045 | Count - called for All-Units. — BB | | 1833 | C/ |
| 2100 | C/O B. Brown making visual checks. — BB | | 1900 | S |
| 2200 | C/O B. Brown making visual checks. — BB | | 1928 | V |
| 2300 | C/O B. Brown making visual checks. — BB | | 1959 | |
| 2338 | Count - called for All-Units. — BB | | 2030 | P |
| 0000 | C/O B. Brown making visual checks. — BB | | 2045 | U |
| 0100 | C/O B. Brown making visual checks. — BB | | 2105 | |
| 0200 | C/O B. Brown making visual checks. — BB | | 2133 | V |
| 0300 | C/O B. Brown making visual checks. — BB | | 2250 | |
| 0400 | C/O B. Brown making visual checks. — BB | | 2228 | |
| 0500 | C/O B. Brown making visual checks. — BB | | 2258 | |
| 0515 | Count - called for All-Units. — BB | | 2320 | |
| 0600 | C/O B. Brown making visual checks. — BB | | 2320 | |
| 0644 | C/O B. Brown signing off. — BB | | 2330 | |
| 0733 | 03·15·22 S/S LONG ON POST. UNANNOUCED P.R.E.A. | | 2359 | |
| | of SECURITY CHECK COMPLETED | | 0028 | |
| 0800 | sanity rounds / showers | | 0058 | |
| 0900 | prepare for count / showers | | 0125 | |
| 0930 | count | | 0155 | |
| 1005 | alpha count cleared | | 0227 | |
| 1030 | lunch chow | | 0300 | |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY
Case 3:23-cv-00191   Document 92-5   Filed 05/12/25   Page 3 of 3 PageID #: 664
CORECIVIC 000659