IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TAMIKA PARKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00191 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| CORECIVIC, et al., | ) | |
| Defendants. | ) | |

## ORDER

On November 17, 2025, the parties in this action held a mediation with John Griffin. (Doc. No. 112). On November 18, 2025, John Griffin informed the Court that "[a]ll issues were resolved between Plaintiff and Defendant." (Doc. No. 114 at 1).[1] Accordingly, the parties are ordered to make the necessary filings to terminate the resolved claims by January 5, 2026.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The Court understands this to really mean that *all* of Plaintiff's claims against *all* of the Defendants in this action have been resolved.