IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMIKA PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-00191 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| CORECIVIC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Pending before the Court is an "Unopposed Motion to File Under Seal Plaintiff's Unopposed Petition for Minor Settlement" (Doc. No. 120, "Motion"), filed by Plaintiff, Tamika Parker. Via the Motion, Plaintiff seeks to file under seal the "Unopposed Petition for Minor Settlement being filed in this case," (*id.* at 2), because (according to Plaintiff) this document (hereinafter "Petition"), "concerns confidential settlement information for a minor child and the information contained in the Petition should be sealed." (*Id.*).

For the reasons discussed herein, Plaintiff's Motion is **DENIED**.

Local Rule 5.03 mandates certain procedures for filing motions to seal. In part, that Local Rule requires that "[i]mmediately after filing the motion [to seal]" the filing party "file the proposed sealed document by selecting the 'Sealed Document' event in CM/ECF." LR 5.03(b)(2). Plaintiff did file the Petition (Doc. No. 121) under seal (albeit not "immediately" after filing her Motion, but rather three days thereafter).

But Local Rule 5.03 has another requirement (or, to be more precise, *set of alternative* requirements):

> If practicable, the party requesting that some or all of a filing be sealed must also separately file a redacted version. If the filing of a redacted version is impracticable, the motion to seal must include an affirmative statement to that effect.

LR5.03(e).

Here, Plaintiff has not complied with the requirement(s) of Local Rule 5.03(e). Plaintiff has not filed a redacted version of the Petition, and her Motion does not include "an affirmative statement" indicating that "the filing of a redacted version [of the Petition] is impracticable." Local Rule 5.03(e). Thus, Plaintiff's Motion is procedurally deficient and must be denied on those grounds.

## CONCLUSION

For the reasons discussed above, Plaintiff's Motion (Doc. No. 120) is **DENIED,** without prejudice to Plaintiff filing the Motion in a procedurally compliant manner. Any such motion should be filed within 21 days of the entry of this Order, or else the Petition (which the Court for the time being continues to treat a sealed) will be subject to unsealing.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE